UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**XUEJUN ZHANG,**

    Plaintiff,

v.                                                    Case No. 2:22-mc-14-JES-NPM

**FXTRADE ZH, LP, DRAGON CAPITAL GROUP, LLC, STEPHEN L. KIRKLAND, ALEXANDER C. CHENG and PREMIER INVESTMENTS & FINANCIAL SERVICES GROUP, LLC.,**

    Defendants.

---

**ORDER**

Plaintiff Xuejun Zhang registered a judgment entered by the Western District of North Carolina (Doc. 1). Zhang now moves ex parte for writs of garnishment directed to JPMorgan Chase Bank in Plantation, Florida (Doc. 2) and PNC Bank in Pittsburgh, Pennsylvania (Doc. 3).

To issue the writs, this court must have personal jurisdiction over the garnishee and jurisdiction over the property that is the subject of the writ. *See, e.g.*, *Fed. Deposit Ins. Corp. for GulfSouth Priv. Bank v. Amos*, No. 3:12-cv-548-MCR-EMT, 2017 WL 9439161, *7 (N.D. Fla. Jan. 10, 2017), report and recommendation adopted in part sub nom, 2017 WL 772340 (N.D. Fla. Feb. 28, 2017); *Skulas v. Loiselle*, No. 09-60096-cv, 2010 WL 1790439, *3 (S.D. Fla. Apr. 9, 2010), report and recommendation adopted, 2010 WL 1790433 (S.D. Fla. May 5, 2010); *APR*

*Energy, LLC v. Pakistan Power Res., LLC*, No. 3:08-cv-961-J-25-MCR, 2009 WL 425975, *2 (M.D. Fla. Feb. 20, 2009). But Zhang makes no showing as to jurisdiction or venue. He provides no nexus between the Middle District of Florida and any judgment debtor, garnishee, or subject property. If Zhang can establish personal jurisdiction with respect to the writ directed to JPMorgan Chase Bank in Plantation, Florida, he may register his judgment and request a writ of garnishment in the Southern District of Florida. Accordingly, the motions for writ of garnishment (Docs. 2 and 3) are **denied**.

**ORDERED** on November 14, 2022.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE